UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICTOR T. NELSON,

    Plaintiff,

  v.

DUNLAP TOWING CO., *et al.*,

    Defendants.

Case No. C05-109RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On June 29, 2006, defendant Dunlap Towing Company ("Dunlap") filed a motion for summary judgment that, taken as a whole, exceeds 50 pages in length. (Dkt. #21). As of this date, a courtesy copy of these documents has not been provided for chambers.

    Dunlap is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's Notice of November 9, 2005 and the Court's Amended Order Setting Trial & Related Dates requiring courtesy copies of lengthy filings for chambers. Dunlap shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

1 | Dunlap shall respond to this order to show cause no later than five days from the date of this
2 | Order.

4 | DATED this 6th day of July, 2006.

6 | s/ Ricardo S. Martinez for
Robert S. Lasnik
7 | United States District Judge

28 | ORDER TO SHOW CAUSE - 2