1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

VICTOR T. NELSON,

    Plaintiff,

    v.

DUNLAP TOWING COMPANY,

    Defendant.

Case No.  C05-109RSL

ORDER TO SEAL DOCUMENTS
AND FILE REDACTED COPIES
OF SEALED DOCUMENTS

15
16
17
18

    This matter comes before the Court *sua sponte*. Defendant filed a motion for summary judgment; some of the exhibits to its filings and several of plaintiff's filings in response contain private and personal information that needs to be redacted from public documents.

19
20
21

    Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

22
    * Dates of Birth - redact to the year of birth

23
    * Names of Minor Children - redact to the initials

24
    * Social Security Numbers - redact to the last four digits

25
    * Financial Accounting Information - redact to the last four digits

26
    The General Order was issued by the court pursuant to the official policy on privacy

27
28

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1  adopted by the Judicial Conference of the United States and can be found on the court's website
2  at http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
3  comply with the Privacy Policy and the General Order.
4      In order to restrict access to the private and confidential information that has already
5  made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to
6  seal (1) the Declaration of William Grimm, Dkt. #22 (page 33 contains sensitive information),
7  (2) the Exhibits to the Declaration of Victor Nelson, Dkt. #29-2 (numerous pages contain
8  sensitive information), and (3) the Reply Declaration of William Grimm, Dkt. #37 (page 21
9  contains sensitive information).  The parties are directed to promptly review all previously filed
10 documents to ensure that they do not contain additional information that should have been
11 redacted.  The parties shall make every effort to avoid such public disclosures of confidential
12 information in the future.
13     As a result of the improper filings, a substantial portion of the record is now sealed,
14 which is inconsistent with the public's right of access.  The parties are therefore ORDERED to
15 file, within ten days of the date of this order, redacted copies of all documents which have been
16 sealed in this case.  If the parties have any questions about the Privacy Policy and the General
17 Order or need assistance in filing and properly labeling the redacted copies, they should contact
18 the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

20     DATED this 17th day of August, 2006.

                        /s/ Robert S. Lasnik
                        Robert S. Lasnik
                        United States District Judge

ORDER TO SEAL AND
FILE REDACTED COPIES - 2